IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02375-DME

ALICE DIEHL-CAINE,

    Applicant,

v.

LAURIE TAFOYA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## SECOND ORDER TO PROVIDE STATE COURT RECORD

On November 21, 2011, Respondents were ordered to file within thirty days a complete record of Applicant's state court proceedings in Mesa County District Court Case No. 02CR454. Respondents have failed either to submit the requested record or to communicate with the Court why they are unable to comply with the November 21 Order. Accordingly, it is

ORDERED that Respondents respond within ten days why they are not able to comply with the November 21 Order or in the alternative file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Mesa County District Court Case No. 02CR454, including all documents in the state court file and transcripts of all proceedings conducted in the state courts, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this Order to the clerk of the state court from which the case originated and to the Court

Services Manager by United States mail, first class postage prepaid, at the following addresses:

    (1)    Clerk of the Court
            Mesa County District Court
            Mesa County Justice Center
            P.O. Box 20000
            Grand Junction, Colorado 81502-5030; and

    (2)    Court Services Manager
            State Court Administrator's Office
            101 W. Colfax, Ste. 500
            Denver, Colorado  80202

Dated:  January 12, 2012

BY THE COURT:

*s/ David M. Ebel*

---
U.S. CIRCUIT COURT JUDGE